JS - 6

```
 1  MARGARET R. GIFFORD, Bar No. 118222
    Email Address: mgifford@deconsel.com
 2  a member of
    DeCARLO & SHANLEY,
 3  a Professional Corporation
    533 S. Fremont Avenue, Ninth Floor
 4  Los Angeles, California  90071-1706
    Telephone (213) 488-4100
 5  Telecopier (213) 488-4180

 6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
    ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
 7  FOR THE CARPENTERS SOUTHWEST TRUSTS
```

                        UNITED STATES DISTRICT COURT

                       CENTRAL DISTRICT OF CALIFORNIA

                                WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>        Plaintiffs,<br><br>v.<br><br>RIESGRAF'S INSTALLATION COMPANY, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV 11-10577 RSWL(JEMx)<br><br>ORDER IN SUPPORT OF STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED<br><br>Before The Honorable Ronald S. W. Lew<br><br><u>Plaintiffs' Motion for Summary Judgment</u><br>Date: January 22, 2013<br>Time: 10:00 a.m.<br>Ctrm: 21<br><br><u>Pre-Trial Conference</u><br>Date: February 12, 2013<br>Time: 10:00 a.m.<br><br><u>Court Trial</u><br>Date: March 12, 2013<br>Time: 9:00 a.m. |

//
//
//
//

# ORDER

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter be dismissed subject to reopening by March 30, 2013, without prejudice, as to RIESGRAF'S INSTALLATION COMPANY, INC., a Minnesota corporation, pursuant to settlement; and that this court retain jurisdiction to enforce the terms of the settlement.

Dated: 1/17/2013

RONALD S.W. LEW
THE HONORABLE RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

DeCARLO & SHANLEY,
a Professional Corporation

By: /s/ Margaret R. Gifford   1/16/13
MARGARET R. GIFFORD
Attorneys for Plaintiffs,
Carpenters Southwest Administrative
Corporation and Board of Trustees
for the Carpenters Southwest Trusts